UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DEBORAH L. MARSCH, | ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Case No. 4:08CV1458 JCH |
| MISSOURI DEPARTMENT OF CORRECTIONS, | ) ) ) ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On November 2, 2009, the Court granted Plaintiff's counsel's motion to extend the party substitution deadline under Rule 25 of the Federal Rules of Civil Procedure to **Friday, December 4, 2009**. (Doc. No. 36). The Court further ordered Plaintiff's counsel to forward a copy of its Order to Ms. Heather Juric, Plaintiff's daughter. (Id.). On November 6, 2009, the Court granted Plaintiff's counsel's Motion to Withdraw as Counsel for Plaintiff Deborah Marsch. (Doc. No. 39). To date, Ms. Juric has not submitted a motion for party substitution.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint in this matter (Doc. No. 1) is **DISMISSED** without prejudice.

Dated this 7th day of December, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE